# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| BRET ASHLEY HILL, | ) | Case No. EDCV 09-778-VBF (DTB) |
| Plaintiff, | ) | ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| vs. | ) | |
| D. DEXTER, et al., | ) | |
| Defendants. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

IT THEREFORE IS ORDERED that defendants' motion to dismiss is granted, plaintiff's claims against defendants Dexter and Angel are dismissed without leave to amend, and Judgment be entered dismissing defendants Dexter and Angel with prejudice.

DATED: _____6-24-10_____

VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE