Priority Send ✓
Enter ✓
Closed
JS-5/JS-6
JS-2/JS-3
O ✓

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ASHLEY HILL,<br><br>           Plaintiff,<br><br>vs.<br><br>D. DEXTER, et al.,<br><br>           Defendants. | Case No.  EDCV 09-778-VBF (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that defendants' motion to dismiss is granted, plaintiff's claims against defendants Dexter and Angel are dismissed without leave to amend, and Judgment is entered dismissing defendants Dexter and Angel with prejudice.

DATED:  6-24-10

_____
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE