# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ASHLEY HILL,<br><br>        Plaintiff,<br><br>vs.<br><br>D. DEXTER, et al.,<br><br>        Defendants. | Case No. EDCV 09-778-JST (DTB)<br><br>ORDER ADOPTING FINDINGS, CONCLUSIONS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all the records and files herein, and the Superseding Report and Recommendation of the United States Magistrate Judge. No objections to the Superseding Report and Recommendation have been filed herein. The Court concurs with and adopts the findings, conclusions and recommendations of the Magistrate Judge.

    IT THEREFORE IS ORDERED that defendant Gervin is dismissed from this action without prejudice.

DATED: January 2, 2011

                                          JOSEPHINE STATON TUCKER
                                        UNITED STATES DISTRICT JUDGE