Priority
Send
Enter
Closed
JS-6
JS-2/JS-3
Scan Only

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRET ASHLEY HILL,<br><br>    Plaintiff,<br><br>vs.<br><br>D. DEXTER, et al.,<br><br>    Defendants. | Case No. EDCV 09-778-JST (DTB)<br><br>**J U D G M E N T** |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that defendant Gervin is dismissed from this action without prejudice.

DATED: January 2, 2011

JOSEPHINE STATON TUCKER
UNITED STATES DISTRICT JUDGE